UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Steven Salas <br> Defendant(s) | CRIMINAL NO. 07mj2359 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Teresa Guevada-Posadas

DATED: 10/10/07

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk